IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PETER KOSTYSHYN, | § | |
| | § | No. 187, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| CITY OF WILMINGTON, | § | C.A. Nos. N13J-01723 and |
| | § | N13J-01724 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 21, 2015
Decided: June 5, 2015

**O R D E R**

This 5th day of June 2015, it appears to the Court that, on May 7, 2015, the Chief Deputy Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not complying with the Court's April 17, 2015 directive to pay the filing fee or file a motion to proceed *in forma pauperis*. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice